IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAPOLEON CARTER,

      Plaintiff,                           No. CIV S-07-1977 FCD DAD P

     vs.

T. WALKER, Warden,

      Defendant.                    FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed October 3, 2007, plaintiff was ordered to file, within thirty days, an in forma pauperis affidavit and certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit and certified copy of his prison trust account statement or prison official's certification. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1  objections with the court.  Such a document should be captioned "Objections to Magistrate
2  Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections
3  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
4  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: November 14, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
cart1977.fifp

2